# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# AT NASHVILLE DIVISION

| | |
|---|---|
| PATRICIA HAWKINS, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 1:12-0184 |
| | ) JUDGE HAYNES |
| MAURY COUNTY BOARD OF EDUCATION, | ) JURY DEMAND (12) |
| Defendant, | ) |

## JOINT MOTION TO CONTINUE

Come now the parties, by and through counsel, and hereby jointly move this Court for a continuance of the discovery deadline, the parties are in the process of taking a number of depositions and because of issues with coordinating the availability of witnesses, have yet to take depositions. Therefore, the parties agree to extend the deadlines by ninety (90) days as follows:

1. The completion of discovery deadline shall be moved to March 31, 2014.

2. The dispositive motion deadline shall be moved to May 29, 2014.

3. The jury trial and pre-trial conference to be rescheduled for a time agreed upon by all parties.

*ORDER*

*This motion is GRANTED and the deadlines ADOPTED. Trial will be set by separate Order.*

*[signature] 12-12-13*

{03054104.DOC}N:\Docs\007709\001252\03054104.DOC
Case 1:12-cv-00184   Document 15   Filed 12/11/13   Page 1 of 2 PageID #: 64
Case 1:12-cv-00184   Document 16   Filed 12/12/13   Page 1 of 1 PageID #: 66